IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**FARRIED JASSIEM,**

    Plaintiff,

v.                                                                                                      Civil Action No. **3:18CV180**

**JEFFERY CRAWFORD,** *et al.***,**

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on April 27, 2018, the Court conditionally docketed Plaintiff's action. At that time, the Court directed Plaintiff to submit a statement under oath or penalty of perjury that:

    (A)    Identifies the nature of the action;
    (B)    States his belief that he is entitled to relief;
    (C)    Avers that he is unable to prepay fees or give security therefor; and,
    (D)    Includes a statement of the assets he possesses.

*See* 28 U.S.C. § 1915(a)(1). The Court provided Plaintiff with an *in forma pauperis* affidavit form for this purpose and directed him to complete and return it to the Court. The Court warned Plaintiff that a failure to complete and return the *in forma pauperis* affidavit within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the orders of this Court. Plaintiff failed to return a completed *in forma pauperis* affidavit form.[1] As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action.

---

[1] Instead of completing and returning the *in forma pauperis* affidavit, Plaintiff keeps filing new 42 U.S.C § 1983 complaint forms naming new and different people in each, has filed a "Motion to Consider and Consolidate" (ECF No. 10), and "Motion to Compelling and Consolidate" (ECF No. 11), and a "Motion for a Payment Plan" (ECF No. 12.)

*See* 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ 
John A. Gibney, Jr.
United States District Judge

Date: 5/30/18
Richmond, Virginia